In the Matter of MARY B. LEONARDO, Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.—

Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

In the Matter of JERIL BENEDICT et al., Appellants, v. STANLEY ROBERTS, Individually and as Superintendent of Highways of the Town of Eaton, et al., Respondents.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.